UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: John S. MacDonald<br>Attorney at Law, Bar No. 511 | Case No. 2:23-ms-00018<br><br>ORDER OF DISBARMENT |

Attorney John S. MacDonald, State Bar No. 511, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed March 17, 2023. On April 6, 2023, this Court issued and entered an initial Order to Show Cause (ECF No. 1 ("OSC")) mailed via certified mail. The OSC provided Mr. MacDonald with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. MacDonald. Failure to respond within 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

It is therefore ordered that John S. MacDonald, Bar No. 511, is hereby disbarred from practice in the United States District Court for the District of Nevada.

DATED THIS 22nd Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 26th day of June 2023, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following parties via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> John S. MacDonald, Esq.
> c/o Rob Bare, Esq.
> 150 Las Vegas Blvd. N., #1812
> Las Vegas, NV 89101
>
> Certified Mail No.: 7020 3160 0000 7420 3630
>
> John S. MacDonald, Esq.
> c/o Glenn M. Machado
> 850 South Boulder Hwy.
> Henderson, NV 89015
>
> Certified Mail No.: 7020 3160 0000 7420 3647

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada